IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON D. SCOTT**                                                                 **PLAINTIFF**
**#208521**

v.                    **CASE NO. 4:22-CV-00804-BSM**

**HUNTER and PULASKI**
**COUNTY JAIL**                                                  **DEFENDANTS**

## **ORDER**

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted. Brandon Scott's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE