IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON D. SCOTT**                                                  **PLAINTIFF**
**#208521**

v.                  **CASE NO. 4:22-CV-00804-BSM**

**HUNTER and PULASKI**
**COUNTY JAIL**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE